# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL R. YOUNG,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-329-Orl-28KRS**

**DG BEACH WAVES, INCORPORATED,**
**DAVID GAL,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO COMPEL DISCOVERY (Doc. No. 24)
>
> **FILED:** November 16, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants DG Beach Waves, Inc., and David Gal, move for an order compelling Michael Young, appearing *pro se*, to respond to discovery. According to the motion, Young has not responded to any discovery requests, including requests for production of documents and interrogatories, despite several requests to do so by the Defendants. Young has not responded to the motion. Therefore, I consider the motion to be unopposed.

It is **ORDERED** that Young shall serve sworn answers to the interrogatories and produce the requested documents on or before December 23, 2005. Failure to comply with this Order may result

in dismissal of this case and other sanctions.  The Clerk of Court is directed to mail a copy of this Order to Young.

No other deadlines in this case are extended by this order, and the parties shall not rely on this Order as support for a motion to extend any other deadlines in this case.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties